ACCEPTED
03-11-00483-CV
3785571
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 3:26:10 PM
JEFFREY D. KYLE
CLERK

No. 03-11-00483-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/15/2015 3:26:10 PM
JEFFREY D. KYLE
Clerk

**Trinity Materials, Inc.,**
**Appellant,**
**v.**
**Carroll Sansom, James Sansom,**
**and Robert Coe,**
**Appellees.**

**On Appeal from the 201st District Court**
**Of Travis County, Texas,**
**Hon. Honorable Stephen Yelenosky, Presiding**

## UNOPPOSED MOTION TO EXTEND TIME
## TO MOVE FOR REHEARING

TO THE HONORABLE COURT OF APPEALS:

Appellant Trinity Materials, Inc. ("Trinity") files this Unopposed Motion for Extension of Time seeking an additional 29 days, until February 13, 2015, within which to move for rehearing and would show the Court the following:

1.     The deadline for Appellant to move for rehearing is January 15, 2015. Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 49.8, Appellant seeks an extension of 29 days, until February 13, 2015, within which to pursue rehearing.

2.     This extension is requested because Appellant's counsel are engaged in the following other matters with deadlines in and around January and February 2015:

> a.     *United States of America, ex rel, Joshua Harman v. Trinity Industries, Inc., et al. v. The Center for Auto Safety, et al.*, No. 14-40995 (United States Court of Appeals for the Fifth Circuit). Counsel for Appellant represents Appellees in that case. Counsel presented oral argument on January 8, 2015.

> b.     *Ensign Group, Inc. v Erica Mammen,* No. 02-14-00317-CV (Second District Court of Appeals of Texas, Fort Worth). Counsel for Appellant represents Appellants in that case. Counsel will present oral argument, which is currently scheduled for January 20, 2015.

> c.     *In re John Reeder*, No. 14-0749 (Supreme Court of Texas). Counsel for Appellant represents Respondents. Respondents' Brief on the Merits is due February 9, 2015.

3.     An extension of time for filing the Motion for Rehearing is sought so that justice may be done in the disposition of this appeal and due to unavoidable conflicts, not for the purpose of delay.  This Motion is unopposed.

4.     Appellant has not previously requested any other extensions of time for moving for rehearing.

## CONCLUSION AND REQUEST FOR RELIEF

For these reasons, Appellant requests that the Court grant it an extension of time until and including February 13, 2015, in which to move for rehearing, and award all such other and further relief to which it may be justly entitled.

Respectfully submitted,

*/s/ Heather Bailey New*
Heather Bailey New
State Bar No. 24007642
hnew@bellnunnally.com
Jason P. Steed
State Bar No. 24070671
jsteed@bellnunnally.com
**BELL NUNNALLY & MARTIN, LLP**
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
(214) 740-1400
(214) 740-1499

**ATTORNEYS FOR APPELLANT
TRINITY MATERIALS, INC.**

## CERTIFICATE OF CONFERENCE

The undersigned conferred with counsel for Appellees Don Magee, by telephone, on January 15, 2015, and Appellees do not oppose the extension of time requested in this motion.

*/s/ Heather Bailey New*
Heather Bailey New

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was delivered to the following persons on January 15, 2015, through the Efile.TXCourts.gov electronic filing system:

Don H. Magee
Julian Lockwood
April Lucas
MCGINNIS, LOCHRIDGE & KILGORE, L.L.P.
600 Congress Ave., Suite 2100
Austin, Texas 78701
Tel: (512) 495-6040
Fax: (512) 505-6340

*/s/ Heather Bailey New*
Heather Bailey New

1994394_1 / 972.103